

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 23 2008
JUN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kuwandis Davis

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Bank of New York
Codilius and Associates

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV3576
Case JUDGE ST. EVE
(To MAGISTRATE JUDGE SCHENKIER

CHECK ONE ONLY:

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

✓ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

   A.    Name: KUWANDIS DAVIS

   B.    Date of Birth: 1-20-73

   C.    List all aliases: John L. Ivy

   D.    Prisoner identification number: 18880-424

   E.    Place of present confinement: F.C.I Milan

   F.    Address: P.O. Box 1000 Milan Michigan

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.    Defendant: Codilius And Associates

           Title: Lawyer

           Place of Employment: 15 W. 30 N. Frontage Road Burridge, IL 60527

   B.    Defendant: Bank of Newyork

           Title: Lender

           Place of Employment: Address Unknown

   C.    Defendant:

           Title:

           Place of Employment:

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Kuwandis Davis V. Kenneth Caldwell Damita Buffington Metropolitan Bank

B. Approximate date of filing lawsuit: Feb, 25, 2008

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kuwandis Davis John L. Ivy

D. List all defendants: Kenneth Caldwell Damita Buffington Metropolitan Bank

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Nordberg

G. Basic claim made: real estate fraud

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case is still pending

I. Approximate date of disposition: 

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about the 13th of January 2008 I was informed through the Chicago Police Department of me being a defendant in a foreclosure lawsuit from an investigation stemming from an incident that occurred at 7040 S. Emerald Chicago, Illinois 60621 I immediately got contact information of the attorney of record wrote him a letter I didnt get a response I was letting them know that I wasn't aware of the complaint filed and that I wanted to solve the matter amicably I didn't get a response Forty five days later after giving the mail sufficient time to get there I filed a motion to dismiss judgement because I wasnt served with the complaint The motion was heard on the 16th of April 2008 at 9:15 A.M. Case number 07CH24987 in calender 55 I filed pro-se 99500 I never got a response from the judge as to the outcome of the motion. In addition to that I filed an appearance and an answer to the mortgage foreclosure I didnt responses on anything which became an impediment in my legal process. The attorney and the courts knew of my confinement the attorney's through a written letter and also through the loan servicing company Popular Mortgage

That I was residing at an institution and that I had a new address in which to send all information concerning any matters with the property which is 116 W. Elm St #107 Chicago, Illinois care of Lorena Ivy through an authorized letter instructed through the representatives at Popular Mortgage proof of service was never established on this matter me being a defendant I wasn't served a copy of the complaint. All I requested from the Cook County Circuit Court of Illinois was the right to defend myself I filed my motions in a timely matter that shouldn't have warranted a final judgement in the matter. The attorney Codilius and Associates knowingly didn't serve a copy of the complaint to my legal address they knew of my address and knew if they didn't send it the address I gave them I wouldn't get it once I wrote the attorney as well from my place of confinement they could've sent everything to my location which would've gave gave me opportunity to contest the matter. I filed an emergency motion to this affect all I asked for was opportunity to defend myself which I've been denied because of being served improperly. There are breaches in the complaint I paid monies to the loan servicing company before legal proceedings began and was in the final stages of negotiations as well of repayment of the arrears owed before the case was filed.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"reinstate The legal proceedings on the case och 24987 granting me Access fully to The Courts & order The return of my property 7040 S. Emerald Chicago, Illinois @ or give me The equitable Difference of 130,000.00 of equity in the property valued At Minimum 415,000 compared To The principal Balance owed 285,000.00

VI.  The plaintiff demands that the case be tried by a jury.  ☐ YES  ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  16th  day of  June , 20 08

_Kunendi Davis_
(Signature of plaintiff or plaintiffs)

_Kunandis Davis_
(Print name)

_18880-424_
(I.D. Number)

_P.O. Box 1000 Federal Correctional Institution Milan Michigan 48160_
(Address)

6

Revised 5/2007