MHN

United States District Court
Northern District of Illinois
EASTERN Division

FILED
JUN 3 0 2008
6-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kuwandis Davis
vs.
Bank of New York
Codilius and Associates

Case No. 08C3576
Judge St. Eve

08cv3576

Motion For Dismissal of Summary of Judgement entered And Subsequent Motion For An injunction over The Circuit Court of Cook County due to A Violation of my Fifth Amendment rights for Due process of law And Return of property

Here Comes The plaintiff Kuwandis Davis Before This Honorable Court where Judge st. eve is residing injunction over the jurisdiction of the Circuit Court of Cook County of Illinios in the Chancery division under case number Ch-24987 on January 13, 2008 I Found out I was A Defendant of A Foreclosure case Concerning property located 7040 S. Emerald Chicago, Illinois 60621 P.I.N 20-21-321-033-0000 immediately wrote the Attorney of record Codolius and Associates And requested information regarding the case To make an Attempt to solve The matter And to Aware Them of A pending Agreement That was in place with The loan Servicer. After Forty Five Days I Filed motion For A Dismissal of Judgement due to A violation of My Fifth Amendment right of Due process stating that I wasn't Served legally and Cited the rules in Accordance to Federal And State Rules of procedure That were Violated March of 2008 I Filed The Motion which was on Call on April 16, 2008 I Never got A response From The Courts to my Motion, I got A package From the Clerk of The Circuit Containing A 294 form Motion to Sue or Defend As An indigent person Along with A Verified Answer to the Complaint Filed Against Me in which I Filed But Never got A response From The Courts ordering me to Do Any thing And I Never got A receipt of My Documents As I get when I File Documents Through The Federal courts. I Did every Thing in A timely Matter I Awared The Courts of My position in the Case As well As The Attorney of Record. The Attorney Knew of of My place of Residence For All legal Mail was 16 W. Elm st. Apt 1017 Care of lorena Ivy she is Through Authorized papers given to the

oan Servicer on Record As The place To send All Documents I no longer Have Residence At 5125. icero Chicago Illinois 60644 So There was No way I could served notice of The Complaint Against Me They Didnt Send it to 116 W Elm st. #1017 Chicago Illinois 60610. I Did Research And in order For the lawsuit to proceed properly in Civil Matters proof of Service Must Served upon The parties being Sued which Wasn't Done. I Did And Filed Everything But I Was Never Acknowledged y The Courts. Being Confined Doesn't strip my Access to The Courts As granted through the U.S. Constitutional prisoner of Rights. The Attorney of Record Refused to Answer my letter I was ust Trying to exercise my right to Defend Myself under the Counstitutional Amendment states No person should Be Deprived of life, liberty or property without Due process of law! states in The U.S. Constitutional rights of prisoners After all remedies be it legal Are exhausted ie Have Aright to petition Federal Court Concerning state Court Matters I never Had Aright to Defend Myself to litigate Before The Courts I took every legal step Known to Me to seek ustice But I was Denied For reasons unknown to me I'm Asking The Courts to issue A stay all legal proceedings Concerning This Matter

Respectfully Submitted
Kawandi Davis
Kawandi Davis

JUN 18 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

These are documents to Support the motion filed in Emergency. I would also request of the Court due to the time Sensitive issues Concerning this matter to accept this motion and to Order the Miscellaneous filing fee deducted from my inmate trust fund. Normally I have an outside Source to assist me in making sure my filing fees are paid due to the mishap that occured that resulted in the dismissal of a case I filed due to the funds arriving late. I would need a Case Number to have it imprinted on the check as well it takes Anywhere from four to Six weeks to get a check from the Bureau of prisons to the Clerk of the U.S. District Court and I wouldn't want it to jeopardize the motion that I filed before this honorable Court there are Constitutional issues my fifth Ammendment rights are being Vialated [illegible] Submitted Case law to the effect of what the U.S. District Courts KRECIOCh V. United States of America No. 98-3940 to Support my Argument I sent Notice to the Mortgage Company awaring them of my Change of residence as to where my mail Could be sent to and the address is 116 W. Elm st Apt 1017 Chicago Illinois 60610 they Knew I was in an institution I gave

Loiena Luy my grandmother through thees instructions ?y Signenga notarized letter giving her the power to act on my behalf and where to Send all the Mail to ?ed ?on get it it never happen I'm at the Mercy of the ?ourts on this issue I believe in the justice System and ?onfidence the Courts will make the just decision decision that is needed to restore the rights given to all man and ?omen of the United States of America through the U.S. ?onstitution

Respectfully Submitted
Kwandis Davis
KWANDIS DAVIS

1B 1A

Motion - General Form (This form replaces CCMD-39)

CCG N702-200M-2/28/05 (43480658)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

RETURNED

JUN 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BANK OF NEWYORK (PopularMortgage) Plaintiff(s)

vs.

KUWANDIS DAVIS Defendant(s)

No. CH 24 987

TO: CODILIUS AND ASSOCIATES

MOTION BY ______ FOR DISMISSAL OF JUDGEMENT

NEVER RECIEVED NOTICE OF CASE THE MORTGAGE COMPANY POPULAR MORTGAGE COMPANY HAD MY LEGAL ADDRESS OF 116 W. ELM ST. APT 1017 CHICAGO, ILLINOIS AND NEVER SENT ANY THING REGARDING A CASE AGAINST ME. THERE WAS ALSO A DEAL REACHED BEFORE ANY OF THIS HAD TAKEN PLACE MONEY WAS SENT AND ALL INSTRUCTIONS WERE FOLLOWED FOR ADDITIONAL REQUIREMENTS REQUEST BY CUSTOMER REPRESENTATIVE THAT HANDLED THE MATTER. I HAVE A LEGAL RIGHT TO DEFEND MYSELF IN WHICH I'VE BEEN DEPRIVED OF BECAUSE OF NOT BEING SERVED. I'M THE

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: MARCH, 05, 2008

Attorney Certification

Atty. No.: PRO SE - 99500

Name: KUWANDIS DAVIS - 18880-424

Atty. for:

Address: P.O BOX 1000

City/State/Zip: MILAN MICHIGAN 48160

Telephone: 312- 787-6[illegible]

Holder of The loan And by The procedures And rules set to Forward these cases The Defendant Must be Served When I Found out About it This case I'd written The Attorney of record on the case For pertinent information regarding This Matter So it Can be resolved Amicably. not Having The right to Defend Myself in this legal Matter is not Consistent At All with The laws set in place giving the right to litigate And put up a Valid Defense in My Current place of Confinement is not prohibiting me From Attending legal Matters nor Solving Them As well My Compentency And My Ability to Assist in An Amicable Solution I'm not trying to Circumvent The plaintiff rights in this Matter I'm Simply Asking For Equal protection under the law And I Haven't recieved it Thus Far in This Case This is no proof of Service Mailed to my Address Nothing was Signed or Seen by My Authorized representative lorena Ivy.

Respect Fully Submitted

[signature]

3303 CCG N003-100M-2/28/05 (43480658)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BANK of NEW York (popular Mortgage)

v. No. CH 24987

KUWANDIS DAVIS

## NOTICE OF MOTION

To: CODILIUS AND ASSOCIATES
15W030 N. Frontage road
Burridge IL 60527

On ______________________, ________, at ____________ a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable ______________________ or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him/her, located at ______________________ RICHARD J. DALEY CENTER 50 W. WASHINGTON, Illinois, and present ______________________.

Name KUWANDIS DAVIS -18880-424 Atty. No. ____________ *Pro Se* 99500
Address P.O BOX 1000 Attorney for ____________
City/State/Zip MILAN Michigan 48160 Telephone ____________

## PROOF OF SERVICE BY DELIVERY

I, LORENA IVY, the attorney/non attorney* certify that on the ________ day of ______________, ________, I served this notice by delivering a copy personally to each person to whom it is directed.
(*strike one)

Date ______________________, ________

______________________
Signature/Certification

## PROOF OF SERVICE BY MAIL

I, LORENA IVY, the attorney/non attorney* certify that I served this notice by mailing copy to ______________________ at ______________________ (address on envelope) and depositing the same in the U. S. Mail at ______________________ (place of mailing) ________ a.m./p.m. on the ________ day of MArch, 2008, with proper postage prepaid.
(*strike one)

Date ______________________, ________

______________________
Signature/Certification

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

CIRCUIT COURT OF COOK COUNTY
CHANCERY DIVISION - MOTION CALL RECEIPT

CASE NUMBER : 07CH24987
CALENDAR : 55
ATTORNEY : 99500
P/D : D
PLAINTIFF NAME : BANK NEW YORK
DEFENDANT NAME : DAVIS KUWANDIS

MOTION CALL DATE : 041608
MOTION CALL SQNO : 003
MOTION CALL TIME : 09:15

Case 1:08-cv-03576 Document 5 Filed 06/30/2008 Page 9 of 14

interest efficien- Bonds v. 7th Cir.

Control

ontends 7, Chief duty to uppress speech

Kuchen- ink be- id her r must lly pro- r moti- tions in y City 29 U.S. 2d 471 As we cannot at the en the institu- sen v. h Cir.

itiated equest omew. fill out ate an ng to of the

fer to ecause nment

ment preference, I would have cho[...] the only other officer, further down [...] the list, who did not indicate an assi[...] ment preference. . . .

We conclude that the cause of Kuche[...] reuther's transfer to the Property Cont[...] Division was of her own making for [...] refused to comply with departmental [...] dealing with transfer of duty assignmen[...] and not the result of any constitution[...] protected speech she might have enga[...] in. Accordingly, Kuchenreuther has fa[...] to establish a First Amendment violatio[...]

The decision of the district court is [...]

AFFIRMED.

Edward KRECIOCH, Plaintiff-Appellant,

v.

UNITED STATES of America, Dr[...] forcement Administration, Unkn[...] Agents of the Drug Enforcemen[...] ministration and United State[...] partment of Justice, Defendan[...] pellees.

No. 98-3940.

United States Court of Appe[...] Seventh Circuit.

Argued April 21, 2000.

Decided July 20, 2000.

Claimant filed collateral [...]

[...]llinois, Eastern Division, James B. Zagel, J., granted summary judgment for DEA. Claimant appealed. The Court of Appeals, Kanne, Circuit Judge, held that: (1) written notice of forfeiture that DEA sent to claimant's residence by certified mail prior to his incarceration satisfied due process, but (2) written notice that DEA sent to claimant's residence after it became aware of his incarceration violated due process.

Affirmed in part, reversed and remanded in part.

1. Constitutional Law ⇐251.6

Notice via certified mail is typically sufficient for due process purposes. U.S.C.A. Const.Amend. 5.

[...] Forfeitures ⇐5

[...] federal courts possess jurisdiction to [...] collateral due process attacks on [...]ministrative forfeitures. U.S.C.A. Const.Amend. 5; Tariff Act of 1930, § 607, 19 U.S.C.A. § 1607.

[...] Forfeitures ⇐5

[...] Court of Appeals reviews de novo [...] district court's grant of summary judg[...] to the government in a collateral [...]ceeding challenging an administrative [...]feiture on due process grounds. U.S.C.A. Const.Amend. 5; Tariff Act of 1930, § 607, 19 U.S.C.A. § 1607.

[...] Constitutional Law ⇐251.6

[...] elementary and fundamental re[...]ment of due process in any proceed[...] which is to be accorded finality is [...] reasonably calculated, under all the [...]stances, to apprise interested par[...] the pendency of the action and [...] them an opportunity to present [...] objections. U.S.C.A. Const.Amend. [...]

had reason to know that notice would be ineffective. U.S.C.A. Const.Amend. 5.

7. Constitutional Law ⇐251.6

Due process does not require actual notice, so long as the government acted reasonably in selecting means likely to inform the persons affected. U.S.C.A. Const.Amend. 5.

8. Forfeitures ⇐5

Notice of forfeiture by mail to the claimant's residence is inadequate if the government knew that the claimant would not receive it. Tariff Act of 1930, § 607, 19 U.S.C.A. § 1607.

9. Constitutional Law ⇐303

When the government mails a notice of forfeiture to an address at which it knows the claimant not to be, the notice typically violates due process because it is not reasonably calculated to apprise the claimant of the action. U.S.C.A. Const. Amend. 5; Tariff Act of 1930, § 607, 19 U.S.C.A. § 1607.

10. Constitutional Law ⇐303

When the government does not know or reasonably cannot discover the claimant's whereabouts, the government may satisfy due process notice requirements with mere publication of the forfeiture notice. U.S.C.A. Const.Amend. 5; Tariff Act of 1930, § 607, 19 U.S.C.A. § 1607.

11. Forfeitures ⇐5

When the claimant is incarcerated or in government custody, the ease of learning the claimant's location makes it in most forfeiture cases unreasonable for the forfeiting agency to fail to ascertain the claimant's location in order to provide no-[...]

1B 1A

Motion - General Form (This form replaces CCMD-39) CCG N702-200M-2/28/05 (43480658)

RETURNED

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

JUN 1 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BANK OF NEWYORK (PopularMortgage)
Plaintiff(s)

vs.

No. CH 24 987

KUWANDIS DAVIS
Defendant(s)

TO: CODILIUS AND ASSOCIATES

MOTION BY ______ FOR DISMISSAL OF JUDGEMENT

NEVER RECIEVED NOTICE OF CASE THE Mortgage Company Popular Mortgage COMPANY HAD MY legal ADDRESS OF 116 W. Elm St. Apt 1017 Chicago, Illinois AND NEVER SENT ANY Thing regarding A CASE AgainstME. THERE WAS Also A DEAL REAChED BEFORE Any of ThisHADTAKEN PlACE MONEY WAS SENT AND All instructions WERE FOLLOWED FOR ADDitional requirements request by CUSTOMER REPRESENTATIVE THAT HANDLED THE MATTER. I HAVE A legal right to DEFEND MYSELF in which I'VE BEEN DEPRIVED OF BECAUSE of not BEING SERVED. I'M THE

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: MArch, 05, 2008 , ______

______
Attorney Certification

Atty. No.: PRO SE - 99500
Name: KUWANDIS DAVIS - 18880-424
Atty. for: ______
Address: P.O BOX 1000
City/State/Zip: MILAN Michigan 48160
Telephone: ...

Holder of The loan And by The procedures And rules set to Forward These Cases The Defendant Must be Served when I Found out About it This Case I'D written The Attorney of Record on the Case For pertinent information regarding this Matter so it Can be resolved Amicably. not Having The right to Defend Myself in this legal Matter is not Consistent At All with The laws set in place giving the right to litigate And put up a Valid Defense in My Current place of Confinement is not prohibiting me From Attending legal Matters nor Solving Them As well My Compentency and My Ability to Assist in An Amicable Solution I'm not trying to Circumvent The plaintiff rights in this Matter I'm simply Asking For Equal protection under the law And I haven't recieved it Thus Far in This Case This is no proof of service Mailed to my Address nothing was signed or seen by My Authorized representative lorena Ivy.

Respect Fully Submitted

[signature]

3303 CCG N003-100M-2/28/05 (43480658)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BANK of NEW York (popular Mortgage)
v.
KUWANDIS DAVIS

No. CH 24987

# NOTICE OF MOTION

To: Codilius And Associates
15W030 N. Frontage road
Burridge IL 60527

On ______________, ______, at ______ a.m. p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable ______________ or any Judge sitting in that Judge's stead, in the courtroom usually occupied by him/her, located at Richard J. Daley Center 50 W. Washington, Illinois, and present ______________.

Name Kuwandis Davis -18880-424
Address P.O Box 1000
City/State/Zip Milan Michigan 48160

Atty. No. ______ *Pro Se* 99500
Attorney for ______
Telephone ______

## PROOF OF SERVICE BY DELIVERY

I, LORENA IVY, the attorney/non attorney* certify that on the ______ day of ______, ______, I served this notice by delivering a copy personally to each person to whom it is directed.
(*strike one)

Date ______, ______

Signature/Certification

## PROOF OF SERVICE BY MAIL

I, lorena IVY, the attorney/non attorney* certify that I served this notice by mailing a copy to ______ at ______ (address on envelope)
(*strike one)

and depositing the same in the U. S. Mail at ______ (place of mailing)

at ______ a.m. p.m. on the ______ day of MArch, 2008, with proper postage prepaid.

Date ______, ______

Signature/Certification

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

ment preference, I would have ... the only other officer, further down the list, who did not indicate an ... ment preference. . . .

We conclude that the cause of Kuchenreuther's transfer to the Property Con... Division was of her own making for ... refused to comply with departmental ... dealing with transfer of duty assignme... and not the result of any constitution... protected speech she might have ... in. Accordingly, Kuchenreuther has ... to establish a First Amendment viola...

The decision of the district court is

AFFIRMED.

Edward KRECIOCH, Plaintiff-Appellant,

v.

UNITED STATES of America, Drug Enforcement Administration, ... Agents of the Drug Enforcement Administration and United States Department of Justice, Defendants-Appellees.

No. 98-3940.

United States Court of Appeals, Seventh Circuit.

Argued April 21, 2000.

Decided July 20, 2000.

Claimant filed collateral ... Drug Enforcement Admin...

Illinois, Eastern Division, James B. Zagel, ... granted summary judgment for DEA. Claimant appealed. The Court of Appeals, ... Circuit Judge, held that: (1) written notice of forfeiture that DEA sent to claimant's residence by certified mail prior ... incarceration satisfied due process, ... (2) written notice that DEA sent to claimant's residence after it became aware ... incarceration violated due process.

Affirmed in part, reversed and remanded in part.

... Constitutional Law ⟹251.6

Notice via certified mail is typically ... for due process purposes. U.S.C.A. Const.Amend. 5.

... Forfeitures ⟹5

Federal courts possess jurisdiction to ... collateral due process attacks on administrative forfeitures. U.S.C.A. Const.Amend. 5; Tariff Act of 1930, § 607, 19 U.S.C.A. § 1607.

... Forfeitures ⟹5

The Court of Appeals reviews de novo ... district court's grant of summary judgment ... the government in a collateral ... challenging an administrative ... on due process grounds. U.S.C.A. Const.Amend. 5; Tariff Act of 1930, § 607, 19 U.S.C.A. § 1607.

... Constitutional Law ⟹251.6

... elementary and fundamental requirement of due process in any proceeding which is to be accorded finality is ... reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and ... them an opportunity to present objections. U.S.C.A. Const.Amend. ...

had reason to know that notice would be ineffective. U.S.C.A. Const.Amend. 5.

**7. Constitutional Law ⟹251.6**

Due process does not require actual notice, so long as the government acted reasonably in selecting means likely to inform the persons affected. U.S.C.A. Const.Amend. 5.

**8. Forfeitures ⟹5**

Notice of forfeiture by mail to the claimant's residence is inadequate if the government knew that the claimant would not receive it. Tariff Act of 1930, § 607, 19 U.S.C.A. § 1607.

**9. Constitutional Law ⟹303**

When the government mails a notice of forfeiture to an address at which it knows the claimant not to be, the notice typically violates due process because it is not reasonably calculated to apprise the claimant of the action. U.S.C.A. Const. Amend. 5; Tariff Act of 1930, § 607, 19 U.S.C.A. § 1607.

**10. Constitutional Law ⟹303**

When the government does not know or reasonably cannot discover the claimant's whereabouts, the government may satisfy due process notice requirements with mere publication of the forfeiture notice. U.S.C.A. Const.Amend. 5; Tariff Act of 1930, § 607, 19 U.S.C.A. § 1607.

**11. Forfeitures ⟹5**

When the claimant is incarcerated or in government custody, the ease of learning the claimant's location makes it in most forfeiture cases unreasonable for the forfeiting agency to fail to ascertain the claimant's location in order to provide notice. Tariff Act of 1930, § 607, 19

Certificate of Service

I Swear under the penalty of perjury I Sent a Copy of this motion to the attorney of record for Plaintiff Plaintiff Coclilius & associates at 15 W. 30 N. frontage Road Burridge Illinois 60527 from Milan Michigan Federal Correctional Institution on the 24th of June 2008

Kuwandis Davis
KUWANDIS DAVIS