## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number:     08 CV 3576

Kuwandis Davis v. Bank of New York; Codilis & Associates

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Codilis & Associates, P.C.

| | |
|---|---|
| NAME (Type or print)<br>Daniel C. Walters | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/  Daniel C. Walters | |
| FIRM                Codilis & Associates, P.C. | |
| STREET ADDRESS        15W030 North Frontage Road, Suite 100 | |
| CITY/STATE/ZIP          Burr Ridge, IL 60527 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)     6270792 | TELEPHONE  NUMBER        630-794-5300 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. | |
| RETAINED COUNSEL                    APPOINTED COUNSEL | |