IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kuwandis Davis | |
| PLAINTIFF | No. 08 CV 3576 |
| Vs. | JUDGE ST. EVE |
| Bank of New York; Codilis & Associates | MAGISTRATE JUDGE SCHENKIER |
| DEFENDANTS | |

**DEFENDANTS' MOTION TO DISMISS**

NOW COMES the defendant, Codilis & Associates, P.C., by and through their attorneys Codilis & Associates, P.C. and pursuant to FEDERAL RULES OF CIVIL PROCEDURE 12 move to dismiss plaintiff's complaint and in support of its Motion states as follows:

1. Plaintiff has filed a lawsuit 08 CV 3576 against defendants The Bank of New York as Trustee for Equity One Inc. Mortgage Pass/Through Certificate Series #2005-B and Codilis & Associates, P.C.

2. Plaintiffs complaint fails to state a cause of action and pursuant to RULE 12 (b) (6) fails to state a claim upon which relief can be granted.

3. Although the complaint is difficult to follow, it appears that the complaint references and alleges that service and notice was not proper to the plaintiff in an underlying state civil foreclosure case and that judgment of foreclosure should also not have been entered in that underlying state civil foreclosure case as the plaintiff allegedly was in the stages of negotiations with the defendants. None of these allegations presents a proper legal theory or question for this federal court.

4. In his civil cover sheet, plaintiff states that a federal question exists. There is no proper federal question pled.

5.All of the issues presented by plaintiff would be more properly brought in the underlying civil state foreclosure case.

6.Under the Full faith and Credit Statute 28 U.S.C. 1738, federal courts must give state court judgments the same effect the rendering state would.

7.Plaintiff here is collaterally estopped from contesting the state court judgment and state court rulings in federal court. The original state court decided the issues of service and notice in rendering judgment. The notice and service issues were essential to the issue of the rendering of judgment. All parties involved in this suit were parties to the original state court action. The plaintiff had an opportunity to contest the issues in the underlying state court action. *In re Paternity of Rogers* 697 N.E. 2d 1193,1197 ( Ill. App. 1998).

8.The complaint fails to state a cause of action and plaintiff is collaterally estopped. The complaint and should be dismissed.

WHEREFORE, defendant, Codilis & Associates, P.C. respectfully requests that plaintiff's complaint be dismissed and for any further relief this Honorable Court deems equitable and just.

Respectfully submitted,

BY: /s/ Daniel C. Walters

Daniel C. Walters
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300