UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kuwandis Davis <br><br> PLAINTIFF <br> vs. <br><br> Bank of New York; Codilis & Associates <br><br> DEFENDANTS | No. 08 CV 3576 <br><br> Judge Amy J. St. Eve |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008, I will appear before Judge Amy J. St. Eve, or any judge sitting in her stead, at 8:30 a.m., or as soon thereafter as counsel may be heard, in courtroom 1241, or in a courtroom otherwise designated on that date, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **DEFENDANT'S MOTION TO DISMISS**, at which time and place you may appear if you see fit.

Respectfully submitted,

By: /s/ Daniel C. Walters_____

Daniel C. Walters
Codilis & Associates, P.C.
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527
630-794-5300

**NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.**

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on July 14, 2008, I caused a copy of this Notice and a copy of the Motion referenced in the Notice to be filed via electronic filing with the United States District Court for the Northern District of Illinois, Eastern Division.

By: _/s/ Daniel C. Walters_____

Daniel C. Walters
Codilis & Associates, P.C.
15W030 N. Frontage Rd., Ste. 100
Burr Ridge, IL 60527
630-794-5300

## SERVICE LIST

Kuwandis Davis
#18880-424
Milan - FCI
P.O. Box 1000
Milan, MI 48160


Prisoner Correspondence
Email: Prison1_ILND@ilnd.uscourts.gov
VIA ELECTRONIC SERVICE