# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3576 | **DATE** | 7/18/08 |
| **CASE TITLE** | Kuwandis Davis (#18880-424) v. Bank of New York | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for leave to proceed *in forma pauperis* [3] is denied. Plaintiff's motion to dismiss the judgment of another court [5] is denied without prejudice. Defendant Codilius & Associates' motion to dismiss the complaint [7] is denied without prejudice. There will be no hearing on 7/29/08. Plaintiff's complaint is dismissed without prejudice to Plaintiff submitting an amended complaint in accordance with this order. Plaintiff is given 30 days from the date of this order: (1) to pay the $350 filing fee and (2) submit an amended complaint that states a valid federal claim for relief. Failure by Plaintiff to comply with this order within 30 days may be construed as his desire not to proceed with this case and will result in dismissal of the case without prejudice. The clerk shall forward an amended civil rights complaint form, and instructions for filing to Plaintiff.

■ **[For further details see text below.]**      Docketing to mail notices.

## STATEMENT

    Plaintiff, Kuwandis Davis (18880-424), an inmate at the Milan Federal Institute in Milan, Michigan has filed a civil rights action against a New York bank and an Illinois law firm, Codilius and Associates. As best as can be determined by Plaintiff's pleadings, he alleges the following: he was notified that he was a defendant in a state forfeiture proceeding; those proceedings were not supposed to go forward; he notified the Illinois law firm of this, the firm never responded, and a judgment was entered in the state proceedings against Plaintiff.

    Plaintiff's *in forma pauperis* application shows that his trust fund balance is $2,706.13, and that his monthly deposit was $2,001.18. Plaintiff does not qualify as a pauper. *See* 28 U.S.C. § 1915(b); *see also Longbehn v. United States*, 169 F.3d 1082, 1083 (7th Cir. 1999). Plaintiff's motion to proceed *in forma pauperis* is denied. To proceed with this case, Plaintiff must pay the $350 filing fee. Failure to pay within 30 days will result in dismissal of this suit. *See* Local Rule 3.3.

    Additionally, Plaintiff's current complaint does not appear to state a valid claim. Plaintiff's pleadings indicate that he seeks to set aside or interfere with a state court's forfeiture proceedings, which a federal court cannot do. *See* 28 U.S.C. § 1738 (federal courts must give full effect to a state court's decision); *Beth-El All Nations Church v. City of Chicago*, 486 F.3d 286, 292-93 (7th Cir. 2007) (under the Rooker-Feldman doctrine, a state court judgment should be challenged in the state courts). The Court advises Plaintiff that if he proceeds with this current claims, the claims may be dismissed for failure to state a claim under 28 U.S.C. § 1915A, and he may incur a strike under 28 U.S.C. § 1915(g). A plaintiff who incurs three strikes may not file an action in a federal district or appellate court without the prepayment of the filing fee unless the prisoner demonstrates that he is in imminent threat of serious bodily injury. § 1915(g).
**(CONTINUED)**

    isk

**STATEMENT (continued)**

    The Court will address neither Plaintiff's motion to vacate the forfeiture judgment nor the Defendants' motion to dismiss this suit until Plaintiff has satisfied the filing fee and has filed an amended complaint in accordance with this order. Plaintiff's and Defendant's motions are denied without prejudice to refiling them after Plaintiff complies with this order. Plaintiff's failure to both pay the filing fee and submit an amended complaint within 30 days may be construed as his desire not to proceed with this case and will result in dismissal of the case without prejudice.

Case 1:08-cv-03576    Document 9    Filed 07/18/2008    Page 2 of 2
**STATEMENT (continued)**