United States District Court
Northern District of Illinois
Eastern Division

MHW

Kuwandis Davis
    Plaintiff

vs

Bank of New York Codilis & Associates
    Defendants

F I L E D
7-28-2008
JUL 2 8 2008   mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 08C3576
Judge St. Eve
Magistrate Judge Scheker

Here Comes The Plaintiffs Response To Defendants Motion to Dismiss

① Defendant states plaintiff failed to state a claim upon which relief can be granted is frivolous. The plaintiffs reason for filing the complaint is the plaintiffs U.S. Constitutional rights were violated. Defendants basis of Rule 12(b)(6) is not an issue moot the case is based upon Constitutional issues of due process the plaintiffs rights to petition the courts is granted by the U.S. Constitution

② Defendants statement that there is no proper legal theory or question for this Federal Court is frivolous. The attorney of record violated section IL 735-5/15-1603 which contributed to judgement entered. The defendant knowlingly sending the summons to an address that the plaintiff would've never received it. Section 735-5/15-1603 states through written request to the attorney we can negoitate a settlement the attorney never responded. Two post trail motions were filed with no legal response from the courts. These are issues that led to a violation of due process of law.

③ The defendant states no proper federal question is frivolous. An issue of having your property taken away from you without due process of law is definitely a question of Federal Jurisdiction its a violation of Amendment IX of the U.S. Constitution

④ The defendants state issues presented by plaintiff would be more properly brought in the underlying civil state foreclosure. Fact is the state court hasn't responded issueing any orders in regards to the motions filed. Being that this a time sensitive matter and all efforts sought by the plaintiff have failed we as plaintiffs or as defendants have U.S. Constitutional rights to seek relief from the Federal courts. The issues if met by the state court could've been mitigated and worked out for all parties involved. Due to the attorneys selfish

initiatives barring the plaintiff from the procedures and it is the plaintiffs belief it was done intentionally because of the plaintiffs confinement. Contrary to the defendants argument that that the plaintiff had an opportunity to contest the matter is frivolous. With respect to paternity of Rogers 697 N.E. 2d 1193, 1197 (Ill App 1998) the plaintiff was never given an opportunity to litigate. The complaint filed against the plaintiff is not estopped from filing this complaint. There are rights given to all citizens of the United States and that is a right to access of the courts even as a prisoner. The United States Constitution granted these powers and it is not up to an individual to circumvent the procedures of law because it would be of benefit of its client in this instance Coilis and Associates. The U.S. Constitution states through the rights of prisoners we can petition the court on appellate matters for criminal cases and we have access to the courts for civil cases as well. There is a brief to support this statement from Justice Scalia at the time of its order. The plaintiff followed every step pursuant to the Illinois Rules for Civil procedure known to the plaintiff. First step sending a written notice to the attorney to solve the matter no response. Filed a motion to dismiss summary of judgement because it was entered unjustly never having an opportunity to defend against one's action brought against you is definitely an issue of the Fifth Amendment of the U.S. Constitution along with issues concerning the Fourteenth ~~Sixth~~ Amendment of the U.S. Constitution. I'm a U.S. citizen it is my belief of the situation at hand that the plaintiff is being deprived of my immunities and privileges of the state in which I reside because of my incarceration what leads the plaintiff to believe this the plaintiff filed an appearance, an answer to the claim filed against the plaintiff stating because of not getting a copy of the complaint not having knowledge that it was filed the plaintiff found out about it because of a domestic disturbance at the property but through the attorney of record. Even after the fact of receipt of my motions filed in court the never recieved orders from the judges in question who presided over the motions led the plaintiff to believe that the plaintiff is being treated unfairly because of his confinement to a correctional institution. The defendants knew of my confinement and where to send legal mail. Being it to there advantage they didn't it which ultimate led the illegitamate judgement be entered.

2) with respect to 28 U.S.C. 1738 the plaintiffs complaint is Constitutional matter of the Fifth Amendment

3) The plaintiff complaint states a cause of action and should not be collaterally stopped and shall proceed as any other complaint filed there several issues that will be raised in trail that are very pertinent to the complaint that needs to be revealed to the administrators of justice and being deprived of it further intensifies the miscarriage of justice brought on by the defendants

Respectfully Submitted

Kuwandis Davis
Kuwandis Davis 18880-424
Federal Correctional Institution
P.O. Box 1000 Milan Michigan 48160

## Certificate of Service

I Kuwandis Davis under the penalties of perjury sent the Defendants Attorney of Record Codilis and Associates a copy of these Documents put in the Mail at Federal Correctional Institution Mailroom in Milan Michigan on July, 22, 2008 to Codilis and Associates PC 15W030 N. Frontage Road Ste 100 Burr Ridge, IL 60527

*/s/ Kuwandis Davis*
KUWANDIS DAVIS