Case no. 08C3576

July 22, 2008
MHW

Kuwandis Davis vs. Bank of New York & Codilis & Associates

To Judge et. eve

FILED
7-28-2008
JUL 28 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Your on my motion I previously filed I attached a copy of a case showing where federal courts have jurisdiction over constitutional issues dealing Amendment five. Could you kindly take a look at the entire case I wanted to attach it to my Response for security reasons today because of on anticipated situation that was to occur they closed the education complex this evening which prohibited me from extracting the case from the law books today I thank you for your assistance and have a nice day

Kuwandis Davis
Kuwandis Davis