Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3576 | **DATE** | 08/05/2008 |
| **CASE TITLE** | Kuwandis Davis (#18880-424) v. Bank of New York | | |

**DOCKET ENTRY TEXT:**

Plaintiff's letter and response to Defendant's motion to dismiss [10], [11] do not adequately respond to the Court's July 18, 2008 order and it is unclear whether Plaintiff received the Court's order before forwarding his recent pleadings. The July 18, 2008 order remains in effect and Plaintiff must comply by August 18, 2008. Failure to comply will result in dismissal of this case. The clerk shall resend a copy of the July 18, 2008 order [9] to Plaintiff.

Docketing to mail notices.

isk