**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kuwandis Davis

                          Plaintiff,

v.                                         Case No.: 1:08−cv−03576

                                         Honorable Amy J. St. Eve

Bank of New York, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Plaintiff, Kuwandis Davis, has failed to comply with the Courts July 18, 2008 and August 5, 2008 orders that directed him to pay the filing fee and submit an amended complaint. The Court forewarned plaintiff that failure to comply would result in dismissal of this case. Having received neither payment of the filing fee nor an amended complaint, the Court dismisses the case without prejudice. N.D. Ill. Local Rule 3.3(e); Fed. R. Civ. P. 41(b); see also Williams v. Chicago Bd. of Educ., 155 F.3d 853 (7th Cir. 1998). Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.